

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-19-00899-CV

**IN RE** Corey Michael **MANSOUR**

Original Mandamus Proceeding[1]

### ORDER

Sitting: Sandee Bryan Marion, Chief Justice
      Rebeca C. Martinez, Justice
      Patricia O. Alvarez, Justice
      Luz Elena D. Chapa, Justice
      Irene Rios, Justice
      Beth Watkins, Justice
      Liza Rodriguez, Justice

On February 6, 2020, relator filed a Motion for En Banc Reconsideration. Because the panel has issued a different opinion, the motion is DENIED AS MOOT.

It is so **ORDERED** on March 11, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CI13803, styled *In the Interest of M.C.S. and M.E.S., Children*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.